# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re

Bellato Engineers, Inc.

Case No. 18-26524-B-7

_____ Debtor(s). _____

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- ☐ Petition
- ☑ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☑ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☐ A/B  ☐ C  ☐ D  ☑ E/F  ☑ G  ☑ H  ☐ I  ☐ J
- ☑ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Your Financial Affairs
- ☐ Statement of Intention for Individuals Filing Under Ch. 7
- ☐ List of Equity Security Holders

***REQUIRED IF AMENDING SCHEDULE(S) A/ B, D, E/F, I, OR J.***

Purpose of amendment (check one):
- ☑ To add pre-petition creditors, delete creditors, change amounts owed or classification of debt (**$30.00 fee required**, provided the bankruptcy judge may, for good cause, waive the charge in any case.) <u>NOTE</u>: Lists, schedules and statements that add or change creditors must be accompanied by an amended matrix listing only the creditors added or changed.
- ☐ No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 12/20/18    Attorney's [or *Pro Se* Debtor's] Signature: _/s/ AA_
Printed Name: Anthony Asebedo
Mailing Address: 11341 Gold Express Dr., #110
Gold River, CA 95670

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 10 pages, is true and correct..

Dated: 12/20/18    Dated:
_____    _____
Debtor's Signature    Joint Debtor's Signature

## INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A/ B), creditor schedules (D and E/ F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules of Assets and Liabilities. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. *Failure to include "A" or "C" notations on amended schedules may result in duplicate or multiple listings on master address lists.*
5. Amendments which add or change creditors must be accompanied by a <u>separately filed</u> amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix should not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a <u>text</u> file containing the creditors in the standard master address list format. These two files <u>must</u> be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. *Notice of the amendment will not be given by the Clerk's Office.* To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." *(NOTE: No personal checks will be accepted.)*

EDC 2-015 (Rev. 12/1/15)

Fill in this information to identify the case:

Debtor name: **Bellato Engineers, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): **2018-26524-B-7**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from Schedule A/B................................................................................................. $ 0.00

   1b. Total personal property:
   Copy line 91A from Schedule A/B................................................................................................. $ 653,707.83

   1c. Total of all property:
   Copy line 92 from Schedule A/B................................................................................................. $ 653,707.83

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... $ 1,133,577.15

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................. $ 4,860.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F....................... +$ 15,516,438.50

4. **Total liabilities** ....................................................................................................... $ 16,654,875.65
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Bellato Engineers, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): **2018-26524-B-7**

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                   |                                                                                                                   | Total claim | Priority amount |
|-----|---------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**CA Dept. of Tax & Fee Administration**<br>**3321 Power Inn Road, Suite 210**<br>**Sacramento, CA 95826** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,860.00   | $4,860.00       |
|     | Date or dates debt was incurred                                                                    | Basis for the claim:<br>**Sales taxes from 9/13/18 sale of property**                                              |             |                 |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes                                                                  |             |                 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |                                                                                                     |                                                                                                                       | Amount of claim |
|-----|-----------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Airgas USA, LLC**<br>**PO Box 93500**<br>**Long Beach, CA 90809-3500** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,184.98       |
|     | Date(s) debt was incurred _<br>Last 4 digits of account number _                                    | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes                                                 |                 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Aldo Freggiaros Welding**<br>**7900 N. Jack Tone Road**<br>**Stockton, CA 95215** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,850.00      |
|     | Date(s) debt was incurred _<br>Last 4 digits of account number _                                    | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes                                                 |                 |

| | | |
|---|---|---|
| Debtor | **Bellato Engineers, Inc.** | Case number (if known) **2018-26524-B-7** |
| | Name | |

| | | | |
|---|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address<br>**American Crane Rental**<br>**PO Box 308**<br>**Escalon, CA 95320** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,745.25** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,348.38** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Associated Pension Consultants**<br>**PO Box 1282**<br>**Chico, CA 95927** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,030.00** |
| | Date(s) debt was incurred **2017 - 2018**<br>Last 4 digits of account number **5167** | Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Axiflo Technologies, Inc.**<br>**PO Box 17510**<br>**Tampa, FL 33682** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36,475.40** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Bank of Stockton**<br>**PO Box 201014**<br>**Stockton, CA 95201-9014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,898.59** |
| | Date(s) debt was incurred **October 2018**<br>Last 4 digits of account number **2018** | Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | Nonpriority creditor's name and mailing address<br>**Board for Professional Engineers, Land Surveyors, & Geologists**<br>**2535 Capitol Oaks Dr., Suite 300**<br>**Sacramento, CA 95833-2944** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9261** | Basis for the claim: **Listed for notice purposes.**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | Nonpriority creditor's name and mailing address<br>**California Concentrate Co.**<br>**18678 N. Hwy. 99**<br>**Acampo, CA 95220** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,700,000.00** |
| | Date(s) debt was incurred **April 2018**<br>Last 4 digits of account number _ | Basis for the claim: **Creditor may assert an OEX lien.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

A (marked beside 3.5)
A (marked beside 3.7)

| Debtor | Bellato Engineers, Inc. | Case number (if known) | 2018-26524-B-7 |
|---|---|---|---|

**3.10** Nonpriority creditor's name and mailing address
California Welding Supply Co.
PO Box 567
Stockton, CA 95201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$14,187.34**

---

**3.11** Nonpriority creditor's name and mailing address
Delta Cable & Supply, Inc.
533 S. Aurora Street
Stockton, CA 95203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$912.98**

---

**3.12** Nonpriority creditor's name and mailing address
Dependable Precision MGF., Inc.
1111 South Stockton Street
Lodi, CA 95240

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,949.62**

---

**3.13** Nonpriority creditor's name and mailing address
Fastenal Company
PO Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$97.48**

---

A

**3.14** Nonpriority creditor's name and mailing address
Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Franchise Fee**
Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.15** Nonpriority creditor's name and mailing address
Frank Saldana
3924 Hubbard Road
Stockton, CA 95215

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee wage claim**
Is the claim subject to offset? ■ No ☐ Yes

**$5,975.00**

---

**3.16** Nonpriority creditor's name and mailing address
Geiger Manufacturing, Inc.
PO Box 1449
Stockton, CA 95201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,185.92**

| Debtor | Bellato Engineers, Inc. | Case number (if known) | 2018-26524-B-7 |
|---|---|---|---|
| | Name | | |

---

**3.17** Nonpriority creditor's name and mailing address
**Hansen & Company**
22320 Foothill Blvd., Suite 430
Hayward, CA 94541-2719

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,935.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
**Hartford Life Insurance Company**
PO Box 9001144
Louisville, KY 40290-1144

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
**Jason K. Bruce**
PO Box 288
Lockeford, CA 95237

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$134,875.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
**John Rosasco**
1055 White Lane
Stockton, CA 95215

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Employee wage claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**Marilyn Shepherd**
6247 Shenandoah Place
Stockton, CA 95219

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$38,348.80

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**Mary Lindemann**
346 South Manley Road
Ripon, CA 95366

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,625.01

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Employee wage claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**N.J. McCutchen, Inc.**
123 W. Sonora Street
Stockton, CA 95203

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,684.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Bellato Engineers, Inc. | Case number (if known) | 2018-26524-B-7 |

### 3.24
**Nonpriority creditor's name and mailing address**
Neumiller & Beardslee
509 West Weber Ave., 5th Fl.
Stockton, CA 95203-3107

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$334,228.90**

### 3.25
**Nonpriority creditor's name and mailing address**
New York Life Insurance
PO Box 130539
Dallas, TX 75313-0539

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

### 3.26
**Nonpriority creditor's name and mailing address**
Pacific Metro Electric, Inc.
3150 E. Fremont Street
Stockton, CA 95205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$143,487.00**

### 3.27
**Nonpriority creditor's name and mailing address**
Peter Bellato
PO Box 107
Stockton, CA 95201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Claim for money loaned.**

Is the claim subject to offset? ■ No ☐ Yes

**$124,238.71**

### 3.28
**Nonpriority creditor's name and mailing address**
Peter Bellato
PO Box 107
Stockton, CA 95201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee wage claim**

Is the claim subject to offset? ■ No ☐ Yes

**$5,200.00**

### 3.29
**Nonpriority creditor's name and mailing address**
R.F. MacDonald Co.
25920 Eden Landing Road
Hayward, CA 94545

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32,219.32**

### 3.30
**Nonpriority creditor's name and mailing address**
Silvestre's Mechanical Company, Inc.
PO Box 2507
Lodi, CA 95241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50,855.00**

| Debtor | **Bellato Engineers, Inc.** | Case number (if known) | **2018-26524-B-7** |
|---|---|---|---|
| | Name | | |

A

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Stockton Scavengers Association**<br>**PO Box 43530**<br>**Phoenix, AZ 85080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/01/18** | Basis for the claim: **ADDED creditor; garbage services** | |
| | Last 4 digits of account number **5007** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159,096.78** |
|---|---|---|---|
| | **Stockton Windustrial Co.**<br>**1609 E. Minor Avenue**<br>**Stockton, CA 95205-4538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$588,105.96** |
|---|---|---|---|
| | **Thomas Bellato**<br>**PO Box 1301**<br>**Stockton, CA 95201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Claim for money loaned.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,750.00** |
|---|---|---|---|
| | **Thomas Bellato**<br>**PO Box 1301**<br>**Stockton, CA 95201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Employee wage claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$782.62** |
|---|---|---|---|
| | **United Rentals, Inc.**<br>**Branch 042**<br>**File 51122**<br>**Los Angeles, CA 90074-1122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

A

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.46** |
|---|---|---|---|
| | **Verizon**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:　List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Airgas USA, LLC<br>PO Box 7423<br>Pasadena, CA 91109-7423 | Line **3.1**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Bellato Engineers, Inc. | Case number (if known) | 2018-26524-B-7 |
|---|---|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | California Welding Supply Co.<br>817 S. Center Street<br>Stockton, CA 95201 | Line 3.10<br>☐ Not listed. Explain ___ | — |
| 4.3 | Hartford Life Insurance Company<br>PO Box 305033<br>Nashville, TN 37230-5033 | Line 3.18<br>☐ Not listed. Explain ___ | — |
| 4.4 | Neumiller & Beardslee<br>PO Box 20<br>Stockton, CA 95201-3020 | Line 3.24<br>☐ Not listed. Explain ___ | — |
| 4.5 | Randy E. Thomas<br>Law Office of Randy E. Thomas<br>18826 N. Lower Sacramento Road, Suite G<br>PO Box 717<br>Woodbridge, CA 95258-0717 | Line 3.19<br>☐ Not listed. Explain ___ | — |
| 4.6 | United Rentals, Inc.<br>2911 East Fremont Street<br>Stockton, CA 95205-3913 | Line 3.35<br>☐ Not listed. Explain ___ | — |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 4,860.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 15,516,438.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 15,521,298.50 |

Fill in this information to identify the case:

Debtor name   **Bellato Engineers, Inc.**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known)   **2018-26524-B-7**

☑ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | The debtor subleases approx. 2,000 sq. ft. of office space on a month-to-month basis at 940 W. Fremont Street, Stockton, from Bellato Fabrications, Inc. Rent consists of payment for monthly utilities for entire site at approx. $1,400 per mo. | |
| | State the term remaining | month-to-month | Bellato Fabrications, Inc.<br>940 W. Fremont Street<br>Stockton, CA 95203 |
| | List the contract number of any government contract | | |



| | | | |
|---|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Garbage service agreement | |
| | State the term remaining | Unknown | Stockton Scavengers Association<br>1240 Navy Drive<br>Stockton, CA 95206 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **Bellato Engineers, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   2018-26524-B-7

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| A 2.1 | Tom Bellato | P.O. Box 1301 Stockton, CA 95201 ADDED: As of 6/18/15, Tom Bellato was Cardmember and Debtor was Company under American Express account ending in 7007. | American Express | ☐ D ____ ■ E/F  3.4 ☐ G ____ |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re

Bellato Engineers, Inc.

Case No.　2018-26524-B-7

## AMENDED
## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:　12-21-18　　　　　　　　　　　　　　　　　/s/ Bellato
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100　(Rev. 6/20/17)

Associated Pension Consultants
PO Box 1282
Chico, CA 95927

Bank of Stockton
PO Box 201014
Stockton, CA 95201-9014

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Stockton Scavengers Association
PO Box 43530
Phoenix, AZ 85080

Stockton Scavengers Association
1240 Navy Drive
Stockton, CA 95206

Tom Bellato
P.O. Box 1301
Stockton, CA 95201

Verizon
PO Box 660108
Dallas, TX 75266-0108